UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - v. -

JAMES PATTERSON,

               Defendant.

**SUPERSEDING**
**INFORMATION**

**S4 20 Cr. 188 (JSR)**

- - - - - - - - - - - - - - - - - - - X

## COUNT ONE
### (Conspiracy to Commit Bank Fraud)

The United States Attorney charges:

1. From at least in or about 2016, up to and including in or about 2019, in the Southern District of New York and elsewhere, JAMES PATTERSON, the defendant, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit bank fraud, in violation of Title 18, United States Code, Section 1344.

2. It was a part and object of the conspiracy that JAMES PATTERSON, the defendant, and others known and unknown, willfully and knowingly, would and did execute, and attempt to execute, a scheme and artifice to defraud a financial institution, the deposits of which were then federally insured, and to obtain moneys, funds, credits, assets, securities, and

other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344, to wit, PATTERSON participated in a scheme to deceive financial institutions and other financial intermediaries—including federally insured banks—into processing and authorizing payments to and from marijuana sale and delivery businesses, on the one hand, and their customers in the United States, on the other, by disguising those transactions to create the false appearance that they were unrelated to the purchase of marijuana, and thereby to obtain money of, or under the custody and control, of those financial institutions and intermediaries.

(Title 18, United States Code, Section 1349.)

FORFEITURE ALLEGATION

3. As a result of committing the offense alleged in Count One of this Information, JAMES PATTERSON, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

Substitute Assets Provision

4.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable property.

>(Title 18, United States Code, Section 981;
>Title 21, United States Code, Section 853; and
>Title 28, United States Code, Section 2461.)

*Audrey Strauss*
AUDREY STRAUSS
United States Attorney
Southern District of New York

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

v.

JAMES PATTERSON,

Defendant.

**SUPERSEDING INFORMATION**

S4 20 Cr. 188 (JSR)

(18 U.S.C. § 1349.)

AUDREY STRAUSS
United States Attorney.