```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :   WAIVER OF INDICTMENT
            - v. -                 :
                                   :   S4 20 Cr. 188 (JSR)
JAMES PATTERSON,                   :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*James Patterson*
James Patterson
Defendant

*[signature]*
Witness

*[signature]*
Emily Schulman, Esq.
Counsel for Defendant

Date:   New York, New York
        February 19, 2021

0202