

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 26, 2021

**BY ELECTRONIC MAIL**

The Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    ***United States v. James Patterson*, S4 20 Cr. 188 (JSR)**

Dear Judge Rakoff:

    The parties write jointly with a proposed, agreed upon bail package for the Court's consideration in the above-captioned case. Specifically, the parties request that the Court enter an order containing the following bail conditions as to the defendant:

    (1)    A $100,000 personal recognizance bond, signed by the defendant;
    (2)    Pretrial Services supervision as directed;
    (3)    Travel restricted to:
        a.    the Central and Southern Districts of California; and
        b.    the continental United States, with advance notice to Pretrial Services for any travel outside of the Southern and Central Districts of California;
    (4)    Surrender of any travel documents, and no new applications for travel documents.

    The parties propose that the signing of the personal recognizance bond occur no later than Monday, March 1, 2021, and that the surrender of the defendant's passport occur no later than Monday, March 8, 2021.

                                                                        Respectfully submitted,

SO ORDERED
*/s/ Jed S. Rakoff*
U.S.D.J.
2-26-21

                                          AUDREY STRAUSS
                                          United States Attorney

                          By:     /s/
                                Christopher DiMase / Emily Deininger /
                                Nicholas Folly / Tara La Morte
                                Assistant United States Attorneys
                                (212) 637-2433 / -2472 / -1060 / -1041

cc:    Emily Schulman, Esq.