UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>RUBEN WEIGAND, and<br>HAMID "RAY" AKHAVAN,<br><br>Defendants. | No. 20-CR-188-JSR<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the undersigned will move this Court before the Honorable Jed S. Rakoff, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007, for a judgment of acquittal of Hamid "Ray" Akhavan under Rule 29 of the Federal Rules of Criminal Procedure, or, in the alternative, an order granting a new trial under Rule 33 of the Federal Rules of Criminal Procedure.

PLEASE TAKE FURTHER NOTICE, that by prior order of the Court, the government's opposition is due by May 12, 2021, and Mr. Akhavan's reply is due by May 19, 2021. Oral argument is scheduled for May 26, 2021 at 5 p.m.

Dated:  April 21, 2021

| ROTHKEN LAW FIRM | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| */s/ Ira Rothken* | */s/ William A. Burck* |
| Ira Rothken | William A. Burck |
| Jared Smith | Derek L. Shaffer |
| | Brian McGrail |
| 3 Hamilton Landing | 1300 I St. NW #900 |
| Suite 280 | Washington, DC 20005 |
| Novato, CA 94949 | Telephone: (202) 538-8000 |
| Telephone: (415) 924-0425 | Fax: (202) 538-8100 |
| Email: ira@techfirm.net | Email: williamburck@quinnemanuel.com |
| Email: jared@techfirm.net | Email: derekshaffer@quinnemauel.com |
| | Email: brianmcgrail@quinnemanuel.com |

Christopher Tayback
Mari F. Henderson
865 S Figueroa Street 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
Email: christayback@quinnemanuel.com
Email: marihenderson@quinnemanuel.com

Sara C. Clark
711 Louisiana St., Ste. 500
Houston, Texas 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100
Email: saraclark@quinnemanuel.com