UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
:
UNITED STATES OF AMERICA,           :
:  Case No. 1:20-CR-00188 (JSR)
:
v.                                  :
:  [PROPOSED]
JAMES PATTERSON,                    :  ORDER FOR RETURN OF PASSPORT
:
:
Defendant.         :
---------------------------------- x

The application of James Patterson to have his passport returned now that sentence has been imposed and Judgement has been entered in the above-captioned case is granted.

Therefore,

IT IS HEREBY ORDERED that James Patterson's application to have Pre-Trial Services return his passport to him via first-class mail to his address of record is GRANTED.

Dated: March 30, 2022

Jed S. Rakoff
United States District Judge