UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
: 
UNITED STATES OF AMERICA,  :
: Case No. 1:20-CR-00188 (JSR)
:
v. :
: [PROPOSED] ORDER FOR
JAMES PATTERSON, : **EARLY TERMINATION OF**
: **SUPERVISED RELEASE**
:
Defendant. :
------------------------------ x

On March 17, 2023, James Patterson filed a motion for early termination of his supervised release. For the reasons stated in Mr. Patterson's motion, and on assent of the government, the Court hereby terminates Mr. Patterson's term of supervised release.

Dated: 4/23/, 2023

Jed S. Rakoff
United States District Judge